UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF            )
                            )
FLOYD RAY YODER             )     BANKRUPTCY CASE NUMBER 08-11965
LETA IRENE YODER            )                CHAPTER 7
                            )
         DEBTORS.           )

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Goshen Ambulatory Care Center LLC<br>c/o Kenneth R. Martin, Attorney at Law<br>121 North Third Street<br>Goshen, Indiana   46526 | $ 3.69 |
| CLAIM # 5 | Jeffrey P. Bolduan, M.D.<br>1615 Winsted Drive, #4<br>Goshen, Indiana   46526 | $ 4.60 |
| CLAIM # 7 | Verizon North, Inc.<br>AFNI / Verizon<br>404 Brock Drive<br>Bloomington, Illinois   61701 | $ 0.93 |
| | **TOTAL:** | **$ 9.22** |

Respectfully submitted,

       /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of February, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the creditors listed above at the addresses indicated.

                                                ____/s/ Yvette Gaff Kleven_____
                                                Yvette Gaff Kleven